```
                         United States Bankruptcy Court
                               District of Colorado
In re:                                                    Case No. 19-11195-TBM
Patrick Roy Minor, Sr.                                    Chapter 7
          Debtor
                            CERTIFICATE OF NOTICE
District/off: 1082-1          User: barnesl              Page 1 of 2          Date Rcvd: Feb 25, 2019
                              Form ID: 769               Total Noticed: 51


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 27, 2019.
db            +Patrick Roy Minor, Sr.,    P.O. Box 294,    Boone, CO 81025-0294
18341958      +2Hope Accessories, INC.,    55 Tec Street,    Hicksville, NY 11801-3618
18341959      +ANGEL STAR INSPIRED PRODUCTS,    195 MAST ,   Ste #100,    Morgan Hill, CA 95037-5147
18341960      +Arun Gandhi,   1011 So Rexord Lane,    Anaheim, CA 92808-2332
18341961       Audubon,   6011 E. Woodmen Rd., Suite 200,    Colorado Springs, CO 80923-2604
18341962       Audubon ASC at St. Francis,    P.O. Box 52163,    Phoenix, AZ 85072-2163
18341963      +Budget Control Services, Inc.,    2950 S Jamaica Ct Ste 20,    Aurora, CO 80014-2685
18341964      +C & K Import Designs Inc.,    5377 Brooks St.,    Montclair, CA 91763-4539
18341968      +CECI Jewelry Inc.,    222 South Dean St.,    Englewood, NJ 07631-4139
18341969      +Centennial Pueblo Mall Partners, LLC,    8750 North Central Expressway, Ste 1740,
                Dallas, TX 75231-6413
18341973      +CoolCrystals Inc.,    18009 Adria Maru Lane,    Carson, CA 90746-1403
18341978      +Crystal Moore,   56800 E. Hwy 96,    Boone, CO 81025-9787
18341979      +David's Wholesale/ Amda Distributors,    4804 NW 167th St.,    Hialeah, FL 33014-6426
18341980      +Davita,   P.O. Box 660827,    Dallas, TX 75266-0827
18341981      +Diamond Visions , Inc./ Max Force,    401 W Marquette Ave.,    Oak Creek, WI 53154-2038
18341982      +FACTORIES CONNECTION,    2817 NW NELA ST,    Portland, OR 97210-1715
18341983      +First Data,   56800 E Hwy 96,    Boone, CO 81025-9787
18341986      +Justin Taylor Inc. dba CONTEMPO,    1458 SAN PEDRO ST #209,    Los Angeles, CA 90015-3148
18341987      +L'amour Mode, Inc.,    140 Satellite Blvd. NE., Ste #A1,    Suwanee, GA 30024-7128
18341988      +Masquerade Corp,    6134 Industrial Heights Dr.,    Knoxville, TN 37909-1253
18341989      +Masquerade Team 96,    2270 Camino Vida Roble Ste #A,    Carlsbad, CA 92011-1503
18341990      +Miko Gift USA,    P.O. Box 446,    Cardiff by the Sea, CA 92007-0446
18341991      +One Main,   Galleria West,    961 W. US Highway 50,    Pueblo, CO 81008-1606
18341992      +One Main Financial,    961 US Highway 50 W.,    Pueblo, CO 81008-1606
18341995      +Outside The Box,    P.O. Box 1299,    Angier, NC 27501-1299
18341999      +Puka Creations LLC,    16840 South Main St.,    Gardena, CA 90248-3122
18342000      +S&A  CLASSIC JEWELERY,    1040 CALLE RECODO,    San Clemente, CA 92673-6225
18342001      +SAMWON TRADING CORP.,    53 CENTRAL AVE 3RD FLOOR,    Passaic, NJ 07055-8406
18342002      +SHELLY ENTERPRISES,    22833 LOCKNESS Ave.,    Torrance, CA 90501-5103
18342006      +Th  5 Store Inc.,    7324 Commercial Cir,    Fort Pierce, FL 34951-4109
18342007      +Time World,    2600 Northhaven Rd, Ste # 100,    Dallas, TX 75229-2215

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: taxhelplaw@gmail.com Feb 26 2019 01:06:27      James David Hopkins,
                Robert D. Bradley & Associates,    1501 W. Kiowa St., #B,    Colorado Springs, CO  80904
tr             EDI: BKPKUBIE.COM Feb 26 2019 05:58:00      Kevin P. Kubie,    PO Box 8928,
                Pueblo, CO  81008-8928
18341966       EDI: CAPITALONE.COM Feb 26 2019 05:58:00      Capital One,   15000 Capital One Dr,
                Richmond, VA 23238
18341967      +EDI: CAPITALONE.COM Feb 26 2019 05:58:00      Capital One,   P.O. Box 60599,
                City of Industry, CA 91716-0599
18341965      +EDI: CAPITALONE.COM Feb 26 2019 05:58:00      Capital One,   Attn Bankruptcy,   Po Box 30285,
                Salt Lake City, UT 84130-0285
18341970       E-mail/Text: bk@cuofco.org Feb 26 2019 01:07:15      Colorado Credit Union,    1721 W. Hwy 50,
                Pueblo, CO 81008-1692
18341971      +E-mail/Text: bk@cuofco.org Feb 26 2019 01:07:15      Colorado State Emp Cu,   Attn Bankruptcy,
                1390 Logan St,    Denver, CO 80203-2309
18341972      +E-mail/Text: bk@cuofco.org Feb 26 2019 01:07:15      Colorado State Emp Cu,   1390 N Logan St,
                Denver, CO 80203-2309
18341974      +EDI: RCSFNBMARIN.COM Feb 26 2019 05:58:00      Credit One Bank,   Attn  Bankruptcy,
                Po Box 98873,    Las Vegas, NV 89193-8873
18341975       EDI: RCSFNBMARIN.COM Feb 26 2019 05:58:00      Credit One Bank,   PO Box 98873,
                Las Vegas, NV 89193-8873
18341976      +EDI: RCSFNBMARIN.COM Feb 26 2019 05:58:00      Credit One Bank,   Po Box 98875,
                Las Vegas, NV 89193-8875
18341977      +EDI: RCSFNBMARIN.COM Feb 26 2019 05:58:00      Credit One Bank,   P.O. Box 60500,
                City of Industry, CA 91716-0500
18341985       EDI: IRS.COM Feb 26 2019 05:58:00      IRS,   Kansas City, MO 64999
18341993      +EDI: AGFINANCE.COM Feb 26 2019 05:58:00      OneMain Financial,   Attn  Bankruptcy,
                601 Nw 2nd Street,    Evansville, IN 47708-1013
18341994      +EDI: AGFINANCE.COM Feb 26 2019 05:58:00      OneMain Financial,   Po Box 1010,
                Evansville, IN 47706-1010
18341998      +E-mail/Text: brprocessor@pfccollects.com Feb 26 2019 01:08:16
                Professional Finance Company, Inc.,    PO Box 1686,    Greeley, CO 80632-1686
18341997      +E-mail/Text: brprocessor@pfccollects.com Feb 26 2019 01:08:16
                Professional Finance Company, Inc.,    5754 W 11th St Ste 100,    Greeley, CO 80634-4811
18342005      +EDI: RMSC.COM Feb 26 2019 05:58:00      Synchrony Bank/Care Credit,    950 Forrer Blvd,
                Kettering, OH 45420-1469
18342004      +EDI: RMSC.COM Feb 26 2019 05:58:00      Synchrony Bank/Care Credit,   Attn  Bankruptcy Dept,
                Po Box 965061,    Orlando, FL 32896-5061
18342008      +EDI: WFFC.COM Feb 26 2019 05:58:00      Wells Fargo Merchant Services,    P.O. Box 17548,
                Denver, CO 80217-0548
                                                                                                TOTAL: 20
```

```
District/off: 1082-1          User: barnesl                Page 2 of 2            Date Rcvd: Feb 25, 2019
                              Form ID: 769                 Total Noticed: 51

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18341984       In Style Accessories Inc.,    http //www.instyleaccesory.com
18342003        Southeastern Marketing and Distribution,    sheila.southeastern mw.twcbc.com
18341996      ##Pikes Peak Anesthesia,   1227 Lake Plaza Dr., Ste. B,   Colorado Springs, CO 80906-7402
                                                                                 TOTALS: 2, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 27, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 22, 2019 at the address(es) listed below:
              James David Hopkins    on behalf of Debtor Patrick Roy Minor, Sr. taxhelplaw@gmail.com,
               R62758@notify.bestcase.com
              Kevin P. Kubie    Co28@ecfcbis.com,   kari@kubielaw.com
              US Trustee    USTPRegion19.DV.ECF@usdoj.gov
                                                                                            TOTAL: 3
```

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Patrick Roy Minor Sr.** | Social Security number or ITIN  xxx–xx–4165 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **District of Colorado** | | Date case filed for chapter  **7   2/22/19** |
| Case number:  **19–11195–TBM** | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/17

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | **About Debtor 2:** |
|---|---|---|---|
| 1. | **Debtor's full name** | Patrick Roy Minor Sr. | |
| 2. | **All other names used in the last 8 years** | dba Project Guy Pat, fdba JuJu's Gifts, fdba Masquerade Fundraising | |
| 3. | **Address** | P.O. Box 294<br>Boone, CO 81025 | |
| 4. | **Debtor's attorney**<br>Name and address | James David Hopkins<br>Robert D. Bradley & Associates<br>1501 W. Kiowa St., #B<br>Colorado Springs, CO 80904 | Contact phone 719–232–2587<br>Email taxhelplaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Kevin P. Kubie<br>PO Box 8928<br>Pueblo, CO 81008–8928 | Contact phone 719–545–1153<br>Email Co28@ecfcbis.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline COB#769**   page 1
b309a_7cna

Debtor **Patrick Roy Minor Sr.** Case number **19–11195–TBM**

---

The person designated as Bankruptcy Trustee on the front side of this form has been selected as Interim Trustee of the bankruptcy estate and the trustee's previously–filed blanket bond is approved. Unless another trustee is elected at the meeting of creditors, the trustee shall serve without further appointment or qualification. The trustee is deemed to have accepted the appointment, unless the trustee notifies the Court and the U.S. Trustee in writing of any rejection within seven days after receipt of notice of selection.

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | US Bankruptcy Court<br>US Custom House<br>721 19th St.<br>Denver, CO 80202–2508 | Hours open Monday – Friday 8:00 AM – 4:30 PM<br><br>Contact phone 720–904–7300<br><br>Date: 2/25/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 20, 2019** at **11:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>Under Bankruptcy Rule 4002(b)(1)–(2), you shall bring the following to the meeting of creditors:<br><br>1) picture identification issued by a governmental unit, or other personal identifying information that establishes the debtor's identity AND evidence of a social security number OR a written statement that such docmumentation does not exist;<br><br>2) documents or copies of a) debtor's current income such as the most recent payment advice, pay stub, or earnings statement; and b) statements for each of the debtor's depository accounts (bank, credit union and investment) for the time period that includes the date of the filing of the petition OR a written statement that such documentation does not exist; and<br><br>3) documentation of monthly expenses claimed if required under 11 U.S.C. §707(b)(2)(A) or (B). | Location:<br><br>**Pueblo Municipal Justice Center, 200 S. Main St.–1st Fl.–Courtroom 2, Pueblo, CO 81003** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 5/20/19 |
| | **Deadline to object to exemptions:**<br><br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| The case trustee must receive these documents by the following deadlines. | **Deadline to provide documents:** | **Filing deadline:** 7 days *before* the the meeting of creditors |
|---|---|---|
| | You shall provide to the case trustee a copy of the federal income tax return required under applicable law, or a transcript of such return, for the most recent tax year ending immediately before the commencement of the case and for which a federal income tax return is filed, and provide the same tax information to creditors that requested a copy at least fourteen days prior to the meeting of creditors. See Fed. R. Bankr. P. 4002(b). The debtor's failure to comply will result in dismissal of the case unless the debtor demonstrates that the failure to comply is due to circumstances beyond the control of the debtor. See L.B.R. 1017–2. | |
| **10. Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |