Certificate Number: 17572-CO-DE-032444345

Bankruptcy Case Number: 19-11195



17572-CO-DE-032444345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 14, 2019, at 3:27 o'clock PM PDT, Patrick R Minor completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: March 14, 2019

By: /s/Leigh-Anna M Thompson

Name: Leigh-Anna M Thompson

Title: Counselor